**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6782**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

FELIX A. OKAFOR,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:12-cr-00059-M-1)

Submitted:  January 30, 2024                                    Decided:  February 6, 2024

Before KING, AGEE, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Felix A. Okafor, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Felix A. Okafor appeals the district court's order granting in part his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A).  On appeal, Okafor argues that the district court erred in not reducing his sentence to time served.  After reviewing the record, we conclude that the district court did not abuse its discretion in finding that the 18 U.S.C. § 3553(a) factors did not warrant further reducing Okafor's sentence.  *See United States v. Malone*, 57 F.4th 167, 172 (4th Cir. 2023) (stating standard of review).  Accordingly, we affirm the district court's order.  *United States v. Okafor*, No. 5:12-cr-00059-M-1 (E.D.N.C. Aug. 3, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*